NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| ERNESTO SALAS-ANDAZOLA, AKA Ernesto Salas,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>　　　　　　Respondent. | No.　17-72688<br><br>Agency No. A091-867-824<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 17, 2019**

Before:　McKEOWN, BYBEE, and OWENS, Circuit Judges.

　　　Ernesto Salas-Andazola, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's order of removal. We have jurisdiction under 8 U.S.C. § 1252.

We review for abuse of discretion the agency's denial of a continuance, and review

---

　　　*　This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

　　　**　The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

de novo questions of law. *Ahmed v. Holder*, 569 F.3d 1009, 1012 (9th Cir. 2009). We deny the petition for review.

The agency did not err or abuse its discretion in denying for lack of good cause Salas-Andazola's request for a continuance, where he had eleven months to prepare for his final hearing, and he failed to explain the relevance of the evidence he sought to obtain. *See* 8 C.F.R. § 1003.29; *Ahmed*, 569 F.3d at 1012 (listing factors to consider). We reject Salas-Andazola's contention that the agency failed to consider relevant factors or insufficiently articulated its decision. *See Mendez-Castro v. Mukasey*, 552 F.3d 975, 980 (9th Cir. 2009) (concluding that the agency applies the correct legal standard where it expressly cites and applies relevant case law in rendering its decision); *Najmabadi v. Holder*, 597 F.3d 983, 990-91 (9th Cir. 2010) (holding the BIA adequately considered evidence and sufficiently announced its decision).

**PETITION FOR REVIEW DENIED.**